UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SONNY M. DAVIS, | |
| Plaintiff, | |
| v. | CAUSE NO: 3:17-CV-4-JD-MGG |
| GREG SHEWARD and DR. LIAW, | |
| Defendants. | |

OPINION AND ORDER

Sonny Davis, a prisoner without a lawyer, filed a document titled "Motion for Dispute Resolution" asking the court to order the defendants to respond to his settlement offer. This was improper. Settlement offers should not be filed with the court and the defendants have no obligation to respond to them.

For these reasons, the motion [ECF 193] is DENIED.

SO ORDERED on March 23, 2021

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT