UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SONNY M. DAVIS,<br><br>     Plaintiff,<br><br>     v.<br><br>DR LIAW,<br><br>     Defendant. | Case No. 3:17-CV-4 JD |

## ORDER

On October 21, 2021, this Court granted Mr. Davis's request for appointment of counsel and agreed to attempt to recruit pro bono counsel on his behalf. (DE 218.) One lawyer has agreed to volunteer his time to work on this case:

> Michael J. Hays
> Tuesley Hall Konopa, LLP
> 212 E. LaSalle Ave., Suite 100
> South Bend, IN 46617

Once Attorney Hays has filed his appearance, he will submit all filings on Mr. Davis's behalf and the Clerk will no longer send Mr. Davis copies of court filings. This means that this will be the last order that Mr. Davis receives directly from this Court. Mr. Hays will be in contact with Mr. Davis and if Mr. Davis has any questions, he should contact Mr. Hays.

The Clerk is DIRECTED to send a copy of this order to Michael Hays, as well as Sonny Davis and defense counsel. Additionally, Mr. Hays is DIRECTED to enter his appearance in this case and then file a status report with the Court within 60 days indicating how he would like to proceed.

SO ORDERED.

ENTERED: November 5, 2021

                                          /s/ JON E. DEGUILIO
                                    Chief Judge
                                    United States District Court